No. 570, Misc. GOBIE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 571, Misc. TURNER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 579, Misc. TILLMAN *v.* OLIVER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 582, Misc. BOLES *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 586, Misc. HUARNECK *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *Michael Juviler* for respondent.

No. 587, Misc. DIAMOND *v.* RUNDLE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 590, Misc. FARRELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 598, Misc. DORSEY *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 599, Misc. KNIGHTEN *v.* FIELD, MENS COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 604, Misc. SCHACK *v.* FLORIDA. C. A. 5th Cir. Certiorari denied.